IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00301-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SONYA S. SCHWALLIE,

       Defendant,

and

UNITED PARCEL SERVICE, INC.,

       Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 5th day of November, 2007.

BY THE COURT:

_Boyd N. Boland_
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**